OPINION — AG — ** WRECKER SERVICE — POLICE — CONFLICT OF INTEREST ** 47 O.S. 956 [47-956] PROHIBITS ONE FROM HAVING ANY INTEREST IN THE OPERATION OF A WRECKER SERVICE AND ALSO SERVING AS EITHER A RESERVE MUNICIPAL POLICE OFFICER OR A RESERVE FORCE DEPUTY SHERIFF. (CONFLICT OF INTEREST, POLICE, SHERIFF, AUXILIARY POLICE, MOTOR VEHICLES, CITIES, TOWNS) CITE: OPINION NO. 81-162, 11 O.S. 34-101 [11-34-101](B), 19 O.S. 547 [19-547](B), 47 O.S. 956 [47-956], 51 O.S. 152 [51-152] (POLITICAL SUBDIVISION TORT CLAIMS ACT) (ROBERT W. COLE)